# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-10-154-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DANETTA OLD ELK, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being show,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Danetta Old Elk's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 18th day of July, 2019.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1